**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **CONTEXT DIRECTIONS LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**AUTO MERCHANTS, INC.,**<br><br>Defendant. | **Case No. 2:26-cv-00729** |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff Context Directions LLC states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

August 21, 2026

Respectfully submitted,

*/s/ Steven G. Kalberg*

David R. Bennett (IL Bar No. 6244214)
Steven G. Kalberg (IL Bar No. 6336131)
(*Admitted to the U.S. Dist. Ct. for the E.D. Texas*)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com
skalberg@directionip.com

*Counsel for Plaintiff*
*Context Directions LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2026, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ Steven G. Kalberg*
Steven G. Kalberg